1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KARLUK M. MAYWEATHERS,                      No.  2:16-cv-0135 KJN P

12              Plaintiff,

13         v.                                     ORDER

14    J. LEWIS, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

20    plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

21    certified copy of his prison trust account statement for the six month period immediately

22    preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be

23    provided the opportunity to submit a completed in forma pauperis application and a certified copy

24    in support of his application.

25         In accordance with the above, IT IS HEREBY ORDERED that:

26         1. Plaintiff shall submit, within thirty days from the date of this order, a completed

27    affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

28    of Court;

1

1    2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2   Forma Pauperis By a Prisoner; and

3    3.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

4   his prison trust account statement for the six month period immediately preceding the filing of the

5   complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this

6   action be dismissed without prejudice.

7   Dated:  January 27, 2016

8

9                                                    KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE

10

11   mayw0135.3c+new

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2