UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLUK M. MAYWEATHERS, | No. 2:16-cv-0135 KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. LEWIS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed March 23, 2016, the court determined that service of the complaint is appropriate for defendant J. Lewis, and plaintiff was directed to notify the court, within thirty days, whether he elected to amend his complaint to state a cognizable claim against the remaining defendants, or to serve defendant J. Lewis and consent to the dismissal of the remaining defendants and claims. On April 25, 2016, plaintiff submitted the documents for service of process on J. Lewis, and did not elect to amend his complaint. Therefore, the court construes his filing as consent to dismissal of the remaining defendants and claims pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that this action proceeds solely on plaintiff's Eighth Amendment claim against defendant Lewis based on plaintiff's challenge to the policy

////

1

governing HCV treatment (ECF No. 8 at 3); all remaining defendants and claims are dismissed without prejudice.

Dated:  April 29, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mayw0135.dsm

2